**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH SUNDAY, JR. d/b/a SUNDAY TRUCKING, LLC, | CIVIL ACTION NO. 3:17-CV-00946 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY and NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

**NOW**, this 30th day of July, 2018, upon review on Defendants' Motion for Summary Judgment (*Doc.* 13), **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part:

   (a) Judgment is **ENTERED** in **FAVOR** of Defendant National Liability & Fire Insurance Company and **AGAINST** Plaintiff Joseph Sunday, Jr. on Count I of the Complaint.

   (b) Defendants' Motion for Summary Judgment is **DENIED** with respect to Count III of the Complaint.

(2) This matter is placed on the October 2018 Trial List.

                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge