**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH SUNDAY, JR. d/b/a SUNDAY TRUCKING, LLC, | NO. 3:17-CV-00946 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY and NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of September, 2018, **IT IS HEREBY ORDERED** that:

(1)  Defendant Berkshire Hathaway Homestate Insurance Company's Motion for Reconsideration (Doc. 29) is **DENIED**.

(2)  This matter is placed on the December 2018 Trial List.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge